State v. Roland

STATE OF NORTH CAROLINA v. DONALD JOSEPH ROLAND

No. 18A88

(Filed 2 June 1988)

APPEAL of right by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 88 N.C. App. 19, 362 S.E. 2d 800 (1987), finding no error in the judgment entered by *Lewis (Robert D.), J.,* on 5 November 1986 in Superior Court, MECKLENBURG County. Heard in the Supreme Court 12 May 1988.

*Lacy H. Thornburg, Attorney General, by Norma S. Harrell, Assistant Attorney General, for the State.*

*Lipsitz, Green, Fahringer, Roll, Schuller & James, pro hac vice, by Paul J. Cambria, Jr., Herbert L. Greenman, and James, McElroy & Diehl, by Edward T. Hinson, Jr., for the defendant appellant.*

*North Carolina Civil Liberties Legal Foundation, by William G. Simpson, Jr., and Smith, Helms, Mulliss & Moore, by William Sam Byassee and Jon Berkelhammer, amicus curiae.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.